```
                         United States Bankruptcy Court
                               District of Oregon
In re:                                                       Case No. 11-37994-elp
Robert Brian Gill                                            Chapter 7
         Debtor                  CERTIFICATE OF NOTICE

District/off: 0979-3          User: admin               Page 1 of 2           Date Rcvd: Dec 22, 2011
                              Form ID: DC7              Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2011.
```
db         +Robert Brian Gill,   PO Box 1872,   Hillsboro, OR  97123-1872
smg        +Dept of Justice,   Division of Child Support,   Attn: Bankruptcy Unit,   POB 14670,
             Salem, OR 97309-5013
smg        +US Attorney,   US Attorney,   1000 SW 3rd Ave #600,   Portland, OR 97204-2936
smg        +US Attorney General,   Department of Justice,   10th & Constitution NW,
             Washington, DC 20530-0001
99508098   +Banks Water,   120 South Main Street,   Banks, OR  97106-9002
99508099   +Chexsystems/Consumer Relations,   7805 Hudson Road,   Suite 100,   Saint Paul, MN 55125-1595
99508100    Clean Water Services,   PO Box 8996,   Vancouver, WA 98668-8996
99508101   +Craig McMillin, PC,   715 Commercial Street, NE,   Salem, OR 97301-1015
99508102    Direct TV,   PO Box 54000,   Los Angeles, CA 90054-1000
99508104   +Donna Miller,   4741 Pacific Avenue,   Eugene, OR 97402-9388
99508106   +Gevurtz, Menashe, Larson & Howe, PC,   111 SW 5th Avenue, #900,   Portland, OR 97204-3615
99508107   +Green Tree,   PO Box 6172,   Rapid City, SD 57709-6172
99508108   +Hayden Group, LLC,   505 SE Washington St.,   Hillsboro, OR 97123-4142
99508111   +McCarthy Holthus,   8995 SW Miley Road, #103,   Wilsonville, OR 97070-5485
99508112    Oregon Department of Justice,   Support Division,   1162 Court Street NE,   Salem, OR 97301-4096
99508115   +Raymond Cordray,   3790 Marshall Avenue,   Eugene, OR 97402-1593
99508116   +Specialized Loan Servicing,   Attn: Bankruptcy,   PO Box 636005,   Littleton, CO 80163-6005
99508117   +Telecheck Recovery Services, INC,   5251 Westeimer,   Houston, TX 77056-5415
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         EDI: ORREV.COM Dec 23 2011 03:13:00      ODR Bkcy,   955 Center NE #353,   Salem, OR  97301-2555
99508096   +EDI: AMEREXPR.COM Dec 23 2011 03:13:00      American Express,   PO Box 981537,
             El Paso, TX 79998-1537
99508097   +EDI: BANKAMER.COM Dec 23 2011 03:13:00      Bank of America,   PO Box 1390,
             Norfolk, VA 23501-1390
99508103    EDI: DISCOVER.COM Dec 23 2011 03:13:00      Discover Card Financial Svc,   PO Box 6103,
             Carol Stream, IL 60197-6103
99508105    EDI: WFNNB.COM Dec 23 2011 03:13:00      Fashion Bug,   PO Box 182789,   Columbus, OH 43218-2789
99508109    EDI: IRS.COM Dec 23 2011 03:13:00      Internal Revenue Service,   PO Box 21126,
             Philadelphia, PA 19114
99508113   +EDI: ORREV.COM Dec 23 2011 03:13:00      Oregon Department of Revenue,   955 Center Street NE,
             Salem, OR 97301-2555
99508114   +E-mail/Text: snass@pioneertrustbank.com Dec 23 2011 05:56:29      Pioneer Trust Bank,
             109 Commercial Street NE,   Salem, OR 97301-3402
99508118   +EDI: WFFC.COM Dec 23 2011 03:13:00      Wells Fargo Home Mortgage,   Peter Wessinger, President,
             1 Home Campus,   MAC X2401-049,   Des Moines, IA 50328-0001
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
99508110    Lynn Gill
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 24, 2011**                      **Signature:** *Joseph Speetjens*

```
District/off: 0979-3          User: admin              Page 2 of 2              Date Rcvd: Dec 22, 2011
                              Form ID: DC7             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2011 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

**F I L E D**

December 21, 2011

Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*Elizabeth L Perris*

**U.S. Bankruptcy Judge**

DC7 (3/5/09)

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
  **Robert Brian Gill,** xxx–xx–6666
  *Other names used by debtor:* Double Vision Investments LLC
Debtor(s)

) Case No. **11–37994–elp7**
)
) CHAPTER 7 ORDER RE: DISCHARGE;
) AND ORDER DISCHARGING TRUSTEE
) AND CLOSING CH. 7 "NO ASSET" CASE
)
)
)

It appearing that on 9/14/11 a bankruptcy petition was filed by the debtor(s); timely complaints filed pursuant to 11 USC §523(a) could be pending and the court could still order that any affected debt is nondischargeable, however no complaint objecting to the debtor's discharge pursuant to 11 USC §727 was timely filed (or such complaint was filed, and after due notice and hearing, was not sustained); each timely filed written reaffirmation agreement was either rescinded or not approved by the court; the trustee has filed a report of no assets and performed all other administrative duties as required; and therefore,

**IT IS ORDERED** that:

1. The debtor(s) shall be granted a discharge under §727 of Title 11, United States Code (the Bankruptcy Code).

2. The trustee is discharged as trustee of the debtor's estate; this case is closed; and the court shall retain jurisdiction over any adversary proceeding pending at the time of closure.

**EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

This court order grants a discharge to the person(s) named as a debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

<u>Collection of Discharged Debts Prohibited.</u> The discharge prohibits any attempt to collect from a debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (If applicable there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.) A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

<u>Debts that are Discharged.</u> The Chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to Chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

<u>Debts that are Not Discharged.</u> Some of the common types of debts which are <u>not</u> discharged in a Chapter 7 bankruptcy case are:
   a. Debts for most taxes;
   b. Debts incurred to pay nondischargeable taxes;
   c. Debts that are for domestic support obligations, or debts to a spouse or former spouse for property settlement;
   d. Debts for most student loans;
   e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
   f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
   g. Some debts which were not properly listed by the debtor;
   h. Debts the bankruptcy court specifically has decided or will decide in this case are not discharged;
   i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
   j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**Page 2 of 2**          **IMPORTANT: Debtors MUST READ BOTH SIDES of this document!**

###